UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**Christopher Jason Thompson,**

    *Plaintiff,*

v.                                    Case No. 3:24-cv-086
                                                   Judge Thomas M. Rose

**Scott Springhetti, Director of TCRJ, et al.,**

    *Defendants.*

---

**ENTRY AND ORDER DIRECTING THE CLERK TO ENTER JUDGMENT DISMISSING PLAINTIFF'S CLAIMS WITHOUT PREJUDICE.**

---

This entry seeks to correct the record and enter judgment, providing Plaintiff an opportunity to appeal. The Magistrate Judge's initial screen severed and dismissed without prejudice Plaintiff's claims against Defendant Derrick Young, and then recommended dismissal of the remaining claims for either lack of subject-matter jurisdiction or failure to state a claim. (ECF No. 4.) The Court then adopted the Report and Recommendation, but mistakenly stated at the end of that order that "Plaintiff's remaining claims continue to be referred to Magistrate Judge Vascura." (ECF No. 6.) However, because all claims not covered by the Report and Recommendation (i.e., those against Derrick Young) had already been severed and dismissed without prejudice, thus there were no remaining claims at that time. The Sixth Circuit relied on

1

this statement about remaining claims continuing to be referred to Judge Vascura as grounds to dismiss Plaintiff's appeal.

All claims have been disposed of. The **CLERK** is ordered to enter judgment in favor of Defendants dismissing Plaintiff's claims without prejudice. Plaintiff is free to file another notice of appeal and motion to proceed in forma pauperis along with his renewed notice of appeal.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, August 07, 2024.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE